IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND FOSS,             No. CV 08-1791 CTB

    Plaintiff,

v.             <u>ORDER</u>

U.S. MARSHAL SERVICE; et al.,

    Defendants.

_____/

IT IS HEREBY ORDERED:

1. Foss's Motion to Amend or Alter the Judgment is DENIED. In Foss's Return to the Order to Show Cause, Foss failed to show how the signed Waiver of Extradition was ineffective in waiving Foss's extradition rights. Further, a Motion for Reconsideration is not the appropriate vehicle for alleging new facts. Thus, the Court's order of October 12 was not in error.

2. Foss's Motion for an Extension of Time to File an Amended Complaint is GRANTED. Foss shall file an amended complaint within forty-five (45) days from the date of this Order. Foss may file an amended complaint only as to those claims the court has dismissed with leave to amend. Foss's failure timely to file an amended complaint may result in the dismissal of his case.

DATED: February 18, 2011       /s/ Carlos T. Bea
                                           **Hon. Carlos T. Bea**
                                           U.S. Court of Appeals for the Ninth Circuit, sitting by designation