IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FOSS, | No. CV 08-1791 CTB |
| Plaintiff, | |
| | |
| v. | ORDER |
| | |
| U.S. MARSHAL SERVICE; et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

This court previously dismissed all of Plaintiff's claims, although some were dismissed with leave to amend. (Docket #10, 15).  On March 28, 2011, Plaintiff notified the court he did not intend to file an amended complaint as to those claims which were dismissed with leave to amend.  (Docket #19).

Accordingly, IT IS HEREBY ORDERED:

1. This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 1, 2011

/s/ Carlos T. Bea
**Hon. Carlos T. Bea**
U.S. Court of Appeals for the Ninth
Circuit, sitting by designation

1